# United States Bankruptcy Court
## For The
### Eastern District of North Carolina

STANLEY WAYNE FRONCZAK  
13297 BURGESS ROAD  
MIDDLESEX, NC 27557

Case No.: 06-03390-8-JRL  
SS #1: XXX-XX-1442

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 10 | 23 | 06 |
| The Plan was confirmed on | 02 | 20 | 07 |
| The Case was concluded on | 09 | 01 | 11 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $     28,870.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | 008 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| COUNTRYWIDE HOME LOANS | 009 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| COUNTRYWIDE HOME LOANS | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORPORAT | 001 | Unsecured | 5,669.00 | 2,371.72 | 0.00 | 3,297.28 |
| ECAST SETTLEMENT CORPORAT | 002 | Unsecured | 668.00 | 279.47 | 0.00 | 388.53 |
| PORTFOLIO RECOVERY ASSOCI | 003 | Unsecured | 3,210.69 | 1,343.25 | 0.00 | 1,867.44 |
| CAPITAL ONE BANK | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| B-LINE, LLC | 006 | Unsecured | 33,177.56 | 13,880.41 | 0.00 | 19,297.15 |
| CHASE MANHATTAN | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DEES, JACKSON, JACKSON & | 011 | Unsecured | 295.60 | 123.67 | 0.00 | 171.93 |
| ECAST SETTLEMENT CORPORAT | 012 | Unsecured | 10,336.18 | 4,324.32 | 0.00 | 6,011.86 |
| MBNA AMERICA | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SALLIE MAE GUARANTEE SERV | 014 | Unsecured | 3,992.98 | 1,670.53 | 0.00 | 2,322.45 |
| WILSON MEDICAL CENTER | 015 | Unsecured | 126.65 | 52.99 | 0.00 | 73.66 |
| LADCO LEASING | 016 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT | 017 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | 018 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina

STANLEY WAYNE FRONCZAK  
13297 BURGESS ROAD  
MIDDLESEX, NC 27557

Case No.: 06-03390-8-JRL  
SS #1: XXX-XX-1442

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 23 | 06 | The Plan was confirmed on | | 02 | 20 | 07 | The Case was concluded on | | 09 | 01 | 11 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $   28,870.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| STANLEY WAYNE FRONCZAK | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 57,476.66 | 0.00 | 0.00 | 57,476.66 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 24,046.36 | 0.00 | 0.00 | 24,046.36 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,046.36 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JOHN T ORCUTT | 3,050.00 | 3,050.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 886.82 | 886.82 | 0.00 | 1,773.64 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 09/20/2011

Robert R. Browning  
P.O. Box 8248  
Greenville, NC  27834